May Term, 1860.

THE STATE v. PEARCE.

———————

THE STATE *v.* PEARCE.

Saturday, June 9.

APPEAL from the *Tipton* Circuit Court.

PERKINS, J.—This is an appeal upon a point reserved by the state.

The defendant was tried upon an indictment for lar-ceny. On the return of the verdict against the defendant, it was discovered that the entry of the return of the in-dictment by the grand jury, at a previous term of the Court, had been omitted; and thereupon the prosecuting attorney moved that the entry be then made *nunc pro tunc*. The defendant admitted the fact that the indictment had been thus regularly returned, but objected to the *nunc pro tunc* entry, and moved on his part for a new trial, on ac-count of the alleged defect in the record.

The Court should have sustained the motion for the *nunc pro tunc* entry. Of its own motion, it should have ordered it on the facts. This Court, of its own motion,

would order a certiorari to bring up such an entry to affirm a judgment. But there was no final judgment in the case when the appeal was taken, and it must be dismissed.

The appeal is dismissed.

*D. Nation, J. E. McDonald,* and *A. L. Roache,* for the state.